IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H 06-129-1 |
| | § | |
| ROBERTO MENDOZA GONZALEZ | § | |
| (Civil Action No. 08-216) | § | |

## ORDER CLOSING CASE

Roberto Mendoza Gonzalez filed a motion for a sentence reduction. Because this court determined that the motion is not properly considered under 28 U.S.C. § 2255, the Clerk is directed to administratively close the corresponding civil action opened in connection with his motion, Civil No. H-08-216.

SIGNED on July 7, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge